COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

                                                        

                                           NO.
2-08-415-CV

 

IN RE EDDIE EDINGTON                                                           RELATOR

                                                                                                           

                                                  ------------

                                       ORIGINAL
PROCEEDING

                                                  ------------

                                  MEMORANDUM
OPINION[1]

------------

Relator Eddie Edington seeks a writ of mandamus
to compel the trial court judge to vacate the order recusing Judge Hagler.  An order granting a motion to recuse is not
reviewable.  Tex. R. Civ. P. 18a(f);  Dist. Judges of Collin County v. Comm=rs Court
of Collin County, 677 S.W.2d 743, 745 (Tex. App.C  Dallas 1984, writ ref=d
n.r.e.).  Accordingly, the petition for
writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

PANEL:  LIVINGSTON, J.; CAYCE,
C.J.; and GARDNER, J.

DELIVERED:  November 26, 2008











[1]See Tex. R. App. P. 47.4.